UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CURTIS RAMSEY, *et al.*,   Case No. 1:13-cv-806

    Plaintiffs,   Judge Timothy S. Black

-vs-

JAMES DEURMIER, *et al.*,

    Defendants.

### JUDGMENT IN A CIVIL CASE

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ x ]   **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Remand (Doc. 12) is **GRANTED**; and this case is terminated on the docket of the Court.

Date: February 18, 2014   **JOHN P. HEHMAN, CLERK**

    By: *s/ M. Rogers*
    Deputy Clerk